UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SERENA DUNN,<br><br>　　　　Defendant. | No. CR-05-020-RHW<br><br>ORDER GRANTING MOTION<br>FOR MODIFICATION<br>OF RELEASE CONDITIONS |

　　At the July 6, 2005, hearing on Defendant's Motion for Modification (Ct. Rec. 51), Defendant appeared with counsel Karen Lindholdt. Assistant U.S. Attorney Russell Smoot represented the United States.

　　The court has considered the proffers of Defendant and Plaintiff and the recommendation of Pretrial Services. Defendant has been compliant with her release conditions.

　　**IT IS ORDERED** that the Defendant's Motion **(Ct. Rec. 51)** is **GRANTED.** Defendant's release conditions shall be modified as follows:

　　1.　The Defendant no longer shall be required to participate in a program of electronically monitored home confinement.

　　2.　Defendant shall relocate to and reside at Ogden Hall Shelter and shall follow all the rules of the shelter.

　　DATED July 6, 2005.

　　　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION FOR MODIFICATION OF RELEASE CONDITIONS - 1